NOT FOR PUBLICATION

FILED

OCT 19 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-50043 |
| Plaintiff - Appellee, | D.C. No. 3:14-cr-02481-LAB |
| v. | |
| MARCO ANTONIO HURTADO-BOTELLO, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Larry A. Burns, District Judge, Presiding

Submitted October 14, 2015[**]

Before:    SILVERMAN, BYBEE, and WATFORD, Circuit Judges. .

Marco Antonio Hurtado-Botello appeals from the district court's judgment

and challenges the 30-month sentence imposed following his guilty-plea

conviction for being a removed alien found in the United States, in violation of 8

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Hurtado-Botello's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Hurtado-Botello has filed a pro se supplemental brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**